

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KEITH A. GORDON

V.

CENEDRA D. LEE, COX MEDICAL FACILITY,
DEREK S. DYESS; ERIC L. RUSHING, CENTRAL
MISSISSIPPI MEDICAL CENTER, MESERET
TEFERRA, FAMILY HEALTH CARE CLINIC;
XYZ INSURANCE COMPANIES; ET AL.

CIVIL ACTION

NO. 3:17-cv-84

NOTICE OF SERVICE

Notice is given that the Plaintiff, Keith A. Gordon, pursuant to local rules, have this day served Disclosures in connection with the above numbered cause.

Respectfully submitted,

Keith A. Gordon
P.O. Box 311
Brandon, MS 39043
(504) 710-8418

Enclosure:
Rule 26 Disclosures